AO 470 (8/85) Order of Temporary Detention

# United States District Court

CENTRAL DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUL 21 2010

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING RE:

*Gomer Nunez-Mendoza*     Case Number: 2:10 mj-00194-DN

Upon motion of the __United States of America__, it is **ORDERED** that a detention hearing is set for __July 26, 2010__ * at __1:00 p.m.__ before __Magistrate Judge Robert T. Braithwaite__

__206 West Tabernacle, St. George, UT; Courtroom 2B__

Pending this hearing, the defendant shall be held in the custody of (the United States Marshal) _____ and produced for hearing.
*Other Custodial Official*

Date: __7-21-10__     _____
                                          *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
A hearing is required whenever the conditions set forth in U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror.