Kenneth L Combs, #7486
435-674-0100
301 N 200 E #3-C
St George, UT  84770

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STAES OF AMERICA | : | ENTRY OF APPEARANCE |
| Plaintiff | : | |
| Vs | : | Case No. 2:10M.J.00194 |
| | : | |
| GOMER NUNEZ MENDOZA | : | |
| Defendant | : | |

Comes now, Kenneth L. Combs, who enters his appearance as counsel for Defendant, Gomer Nunez Mendoza in this matter.  Counsel would request that the Court notify him of all proceedings in this matter.

Dated this 26th day of July, 2010.

_____/s/_____
Kenneth L. Combs

Certificate of Mailing

This is to certify that a true and correct copy of the above was delivered to Counsel for the government on July 26, 2010.

_____/s/_____
Kenneth L. Combs