CARLIE CHRISTENSEN, Acting United States Attorney (#633)
ERIC G. BENSON, Assistant United States Attorney (#10414)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
eric.benson2@usdoj.gov

FILED
U.S. DISTRICT COURT

2010 JUL 28 P 2: 20

DISTRICT OF UTAH

BY: DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GOMER NUNEZ-MENDOZA, a.k.a. "PELON,"<br><br><br>Defendant. | INDICTMENT<br><br>VIO. 21 U.S.C. § 846, CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE; 21 U.S.C. § 853, FORFEITURE.<br><br>Case: 2:10-cr-00669<br>Assigned To : Sam, David<br>Assign. Date : 7/28/2010<br>Description: USA v. |

The Grand Jury Charges:

## COUNT I

### (21 U.S.C. § 846)

Beginning on or about a date unknown to the Grand Jury, but no later than April 10, 2010

and continuing through at least July 17, 2010, in the Central Division of the District of Utah and

elsewhere,

GOMER NUNEZ-MENDOZA, a.k.a. "PELON,"

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with

others, known and unknown, to distribute 500 grams or more of a mixture or substance

containing methamphetamine, a Schedule II controlled substance within the meaning of 21

U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846, and

punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offense in Count I, the above-named defendant shall forfeit to the

United States pursuant to 21 U.S.C. § 853 any and all property constituting or derived from any

proceeds that said defendant obtained directly or indirectly as a result of the said felony offense,

and any and all property, real and personal, used or intended to be used in any manner or part to

commit and to facilitate the commission of the violations of 21 U.S.C. § 841(a)(1) as alleged in

the Count listed in this Notice, and any property traceable thereto, including but not limited to the

following:

• 2006 Hummer H2 Sport Utility Vehicle, VIN # 5GRGN23U06H104586.

A TRUE BILL:

/S/
_____
FOREPERSON of the GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney

_____
ERIC G. BENSON
Assistant United States Attorney

2