# United States District Court

**FILED**
DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

2010 AUG -3 A 10: 21

V.

**Gomer Nunez-Mendoza**

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

**WARRANT FOR ARREST**

**CASE NUMBER: 2:10-CR-00669 DS**

ORIGIN[...]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **GOMER NUNEZ-MENDOZA aka "Pelon"**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Conspiracy to Distribute Methamphetamine**

in violation of **21:846** _____ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

July 28, 2010 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/29/10 | D. Moosu _(signature)_ | _(signature)_ |
| DATE OF ARREST |||
| 8/2/10 |||